Chambers of
**STEPHEN V. WILSON**
United States District Judge

Telephone
(213) 894-4327

September 13, 2004

Honorable Mary M. Lisi, Chair
Judicial Conference of the United States
 Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.   20544

    RE:   Calendar Year 2003 Filing

Dear Judge Lisi:

    Enclosed is my amended financial statement for 2003, which addresses the comments in your letter of August 19, 2004.  Block 5 has been corrected as well as Part VII.  I have also corrected Part VII, line 20, D(4) which should have been left blank.

    If you have further questions, please do not hesitate to contact me.

        Sincerely,



        Stephen V. Wilson
        United States District Judge

Enclosures

* Amended 9/13/04

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Wilson, Stephen V | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>6/15/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial ● Annual ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>312 N. Spring St., Room 217J<br>Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Proprietor | ███████████ |
| 2. | General Partner | ███ Partnership |

2004 SEP 20 P 3: 09 FINANCIAL DISCLOSURE OFFICE RECEIVED

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | NONE |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | NONE | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. none | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE  - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | none | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE  - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | North Fork Bank (purchased American Savings)  loan from | mortgage-real estate ███ | P2 |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V | 6/15/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. El Dorado-R.Estate Prtnr | A | Div/Int | L | W | | | | | - |
| 2. Harbor City Mobile Park Prtnr | D | Div/Int | K | W | | | | | |
| 3. 6222 Investments -Partner | A | Dividend | L | W | | | | | |
| 4. ▇▇▇Partnership | E | Rent | P2 | W | | | | | |
| 5. ▇▇▇▇ | B | Rent | P1 | W | | | | | |
| 6. ▇▇▇▇▇ | C | Interest | K | V | | | | | personal loan |
| 7. IRA Acct. - Union Bank of CA - U.S. Notes& Bonds | | none | O | T | | | | | |
| 8. Dean Witter Reynolds Liquid Assets Acct. | | none | P1 | T | | | | | |
| 9. BONDS: | | | | | | | | | |
| 10. State of Israel Bonds | A | Interest | | | redemption | 11/28 | J | D | |
| 11. State of Israel Bonds | A | Interest | J | U | | | | | |
| 12. State of Israel Bonds | A | Interest | J | U | | | | | |
| 13. State of Israel Bonds | A | Interest | J | U | | | | | |
| 14. State of Israel Bond | B | Interest | K | U | | | | | |
| 15. State of Israel Bond | A | Interest | J | U | | | | | |
| 16. Highmark Diversified Money Market | | none | P1 | T | | | | | |
| 17. Merrill Lynch IRRA -Comstock Partners (Mutual Fund) | | none | P1 | T | | | | | |
| 18. Fed Home Loan Mtg. Corp. | | none | K | T | | | | | |

1. Income/Gain Codes:     A = $1,000 or less          B = $1,001-$2,500          C = $2,501-$5,000          D = $5,001-$15,000          E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000          G = $100,001-$1,000,000          H1 = $1,000,001-$5,000,000          H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less          K = $15,001-$50,000          L = $50,001-$100,000          M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000          O = $500,001-$1,000,000          P1 = $1,000,001-$5,000,000          P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000          P4 = $More than $50,000,000
2. Value Method Codes     Q = Appraisal          R = Cost (Real Estate Only)     S = Assessment          T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V | 6/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. East Bay CA Mun Util Dist | | none | | | redemption | 9/2 | K | | |
| 20. CA St. Pub Wks Brd | | None | | | redemption | 6/2 | J | | |
| 21. CA St GO | | None | J | T | | | | | |
| 22. Pomona CA Pub Fin | | None | J | T | | | | | |
| 23. CA Hsg Fin Agy | | None | K | T | | | | | |
| 24. Long Beach CA Wtr Rev | | None | K | T | | | | | |
| 25. CA St Pub Wks | | None | K | T | | | | | |
| 26. Berkeley CA Uni Sch Dist | | None | K | T | | | | | |
| 27. Menlo Pk CA Cmnty Dev | | None | J | T | | | | | |
| 28. CA ST | | None | J | T | | | | | |
| 29. CA State | | none | J | T | | | | | |
| 30. Lathrop CA | | None | | | redemption | 6/2 | J | | |
| 31. San Diego | | None | | | redemption | 5/15 | K | | |
| 32. San Francisco | | None | | | redemption | 5/1 | J | | |
| 33. Santa Rosa | | None | | | redemption | 5/1 | J | | |
| 34. Mountain View CA Sch | | None | | | redemption | 4/1 | K | | |
| 35. Fed. Hm Ln Bk | | None | O | T | | | | | |
| 36. Fed Hm Ln Bk Disc Notes | | None | N | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V | 6/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Suffolk Cnty NY | | None | K | T | | | | | |
| 38. Port Auth NY & NY Cons | | None | K | T | | | | | |
| 39. Wm. Floyd UN FREE USD NY Mastics | | None | L | T | | | | | |
| 40. NY ST DRM at RV City Univ Cons | | None | K | T | | | | | |
| 41. NY ST Pwr Auth Rev Gen Purp R GTD | | None | K | T | | | | | |
| 42. Mutual Fund - Municipal Inv Trust | | None | L | T | | | | | |
| 43. Mutual Fund - Muni Inv Accum Prog | | None | J | T | | | | | |
| 44. Mutual Fund - NUV NY Select | | None | M | T | | | | | |
| 45. U.S. T Bills | | None | N | T | | | | | |
| 46. FHLB | | None | J | T | | | | | |
| 47. CA ST GO | | None | K | T | | | | | |
| 48. FFCB | | None | L | T | | | | | |
| 49. FHLB | | None | | | redemption | 7/25 | K | | |
| 50. FHL Mtg Corp | | None | L | T | | | | | |
| 51. FHLB Cons | | None | | | redemption | 10/7 | | | |
| 52. Fed Hm Ln Bank Cons | | None | | | redemption | 9/24 | | | |
| 53. Financing Corp CPN | | None | K | T | | | | | |
| 54. Fed Natl Mtg Assn | | None | | | redemption | 11/17 | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V | 6/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. FHL Mtg Corp | | None | M | T | | | | | |
| 56. Alameda Cnty CA Water | | None | K | T | | | | | |
| 57. University PR | | None | | | redemption | 6/2 | J | | |
| 58. San Bruno Pk CA Schl Dist | | None | J | T | | | | | |
| 59. San Jose CA Multi Fam Hsg | | None | J | T | | | | | |
| 60. Peralta CA Cnty College | | None | K | T | | | | | |
| 61. Peralta CA Cmnty College | | None | | | redemption | 8/1 | K | | |
| 62. San Francisco CA C & Cnty | | None | | | redemption | 5/1 | J | | |
| 63. East Bay CA Regl Pk | | None | | | redemption | 9/2 | K | | |
| 64. Palm Springs CA CTFS | | None | J | T | | | | | |
| 65. Kern Cnty CA CTFS | | None | | | redemption | 8/11 | K | | |
| 66. FHLB | | None | N | T | | | | | |
| 67. CA ST GO | | None | N | T | | | | | |
| 68. FHLB | | None | M | T | buy | 3/6 | M | | |
| 69. FHLB | | None | | | redemption | 6/6 | M | | |
| 70. CA GO | | None | K | T | buy | 8/6 | K | | |
| 71. FHLB | | None | K | T | buy | 8/21 | K | | |
| 72. FHLB | | None | L | T | buy | 10/17 | L | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V | 6/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Fresno CA | | None | K | T | buy | 1/16 | K | | |
| 74. Orange Co CA | | None | L | T | buy | 7/1 | L | | |
| 75. San Diego Cnty | | None | K | T | buy | 4/16 | K | | |
| 76. San Diego Cnty | | None | K | T | buy | 6/26 | K | | |
| 77. FHL-Mtg Corp | | None | K | T | buy | 1/16 | K | | |
| 78. Fed Hm Loan Mtg Corp NTS | | None | J | T | buy | 4/9 | J | | |
| 79. Fed Hm Ln Mtg Corp | | None | L | T | buy | 10/3 | L | | |
| 80. U.S. Treas Notes | | None | M | T | buy | 11/19 | M | | |
| 81. Fed Hm Ln Bank Cons | | None | M | T | buy | 9/22 | M | | |
| 82. | | | | | | | | | |

1. Income/Gain Codes:     A  = $1,000 or less     B  = $1,001-$2,500     C  = $2,501-$5,000     D  = $5,001-$15,000     E  = $15,001-$50,000
   (See Columns B1 and D4)     F  = $50,001-$100,000     G  = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J  = $15,000 or less     K  = $15,001-$50,000     L  = $50,001-$100,000     M  = $100,001-$250,000
   (See Columns C1 and D3)     N  = $250,000-$500,000     O  = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q  = Appraisal     R  = Cost (Real Estate Only)     S  = Assessment     T  = Cash/Market
   (See Column C2)     U  = Book Value     V  = Other     W  = Estimated

VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wilson, Stephen V | 6/15/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____     Date __9/13/04__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| 1. Person Reporting (Last name, First name, Middle initial)<br>Wilson, Stephen V. | 2. Court or Organization<br>U.S. District Court | 3. Date of Report<br>6/15/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>U.S. District Judge | 5. ReportType (check appropriate type)<br>◉ Nomination, Date<br>◉ Initial ◉ Annual ◉ Final | 6. Reporting Period<br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>U.S. District Court<br>312 N. Spring St., Room 217J<br>Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Proprietor | ████████ |
| 2. | General Partner | ████████ |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | NONE |

RECEIVED 2004 JUN 21 P 12: 47 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
| --- | --- | --- |
| | | (yours, not spouse's) |
| 1. | NONE | |

### B. Spouse's Non-Investment Incom  - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1.  none | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 23-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. none | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. North Fork Bank (purchased loan from American Savings) | mortgage-real estate ███████ | P2 |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V | 6/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. El Dorado R. Estate Prtnr | A | Div/Int | L | W | | | | | |
| 2. Harbor City Mobile Park Prtnr | D | Div/Int | K | W | | | | | |
| 3. 6222 Investments -Partner | A | Dividend | L | W | | | | | |
| 4. ▇▇▇ Partnership | E | Rent | P2 | W | | | | | |
| 5. ▇▇▇ | E | Rent | P1 | W | | | | | |
| 6. ▇▇▇ | C | Interest | K | V | | | | | personal loan |
| 7. IRA Acct. - Union Bank of CA - U.S. Notes & Bonds | | none | O | T | | | | | |
| 8. Dean Witter Reynolds Liquid Assets Acct. | | none | P1 | T | | | | | |
| 9. BONDS: | | | | | | | | | |
| 10. State of Israel Bonds | A | Interest | J | U | redemption | 11/28 | J | J | |
| 11. State of Israel Bonds | A | Interest | J | U | | | | | |
| 12. State of Israel Bonds | A | Interest | J | U | | | | | |
| 13. State of Israel Bonds | A | Interest | J | U | | | | | |
| 14. State of Israel Bond | B | Interest | K | U | | | | | |
| 15. State of Israel Bond | A | Interest | J | U | | | | | |
| 16. Highmark Diversified Money Market | | none | P1 | T | | | | | |
| 17. Merrill Lynch IRRA -Comstock Partners (Mutual Fund) | | none | P1 | T | | | | | |
| 18. Fed Home Loan Mtg. Corp. | | none | K | T | | | | | |

1. Income/Gain Codes: A =$1,000 or less   B =$1,001-$2,500   C =$2,501-$5,000   D =$5,001-$15,000   E =$15,001-$50,000
(See Columns B1 and D4)   F =$50,001-$100,000   G =$100,001-$1,000,000   H1 =$1,000,001-$5,000,000   H2 =More than $5,000,000
2. Value Codes:   J =$15,000 or less   K =$15,001-$50,000   L =$50,001-$100,000   M =$100,001-$250,000
(See Columns C1 and D3)   N =$250,001-$500,000   O =$500,001-$1,000,000   P1 =$1,000,001-$5,000,000   P2 =$5,000,001-$25,000,000
   P3 =$25,000,001-$50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash/Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V | 6/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependant children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. East Bay CA Mun Util Dist | | none | K | T | redemption | 9/2 | K | | |
| 20. CA St. Pub Wks Brd | | None | J | T | redemption | 6/2 | | J | |
| 21. CA St GO | | None | J | T | | | | | |
| 22. Pomona CA Pub Fin | | None | J | T | | | | | |
| 23. CA Hsg Fin Agy | | None | K | T | | | | | |
| 24. Long Beach CA Wtr Rev | | None | K | T | | | | | |
| 25. CA St Pub Wks | | None | K | T | | | | | |
| 26. Berkeley CA Uni Sch Dist | | None | K | T | | | | | |
| 27. Menlo Pk CA Cmnty Dev | | None | J | T | | | | | |
| 28. CA ST | | None | J | T | | | | | |
| 29. CA State | | none | J | T | | | | | |
| 30. Lathrop CA | - | None | J | T | redemption | 6/2 | J | | - |
| 31. San Diego | | None | K | T | redemption | 5/15 | K | | |
| 32. San Francisco | | None | J | T | redemption | 5/1 | J | | |
| 33. Santa Rosa | | None | J | T | redemption | 5/1 | J | | |
| 34. Mountain View CA Sch | | None | K | T | redemption | 4/1 | K | | |
| 35. Fed. Hm Ln Bk | | None | O | T | | | | | |
| 36. Fed Hm Ln Bk Disc Notes | | None | N | T | | | | | |

1. Income/Gain Codes: A =$1,000 or less B =$1,001-$2,500 C =$2,501-$5,000 D =$5,001-$15,000 E =$15,001-$50,000
(See Columns B1 and D4) F =$50,001-$100,000 G =$100,001-$1,000,000 H1 =$1,000,001-$5,000,000 H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less K =$15,001-$50,000 L =$50,001-$100,000 M =$100,001-$250,000
(See Columns C1 and D3) N =$250,000-$500,000 O =$500,001-$1,000,000 P1 =$1,000,001-$5,000,000 P2 =$5,000,001-$25,000,000
P3 =$25,000,001-$50,000,000 P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal R =Cost (Real Estate Only) S =Assessment T =Cash/Market
(See Column C2) U =Book Value V =Other W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V | 6/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Suffolk Cnty NY | | None | K | T | | | | | |
| 38. Port Auth NY & NY Cons | | None | K | T | | | | | |
| 39. Wm. Floyd UN FREE USD NY Mastics | | None | L | T | | | | | |
| 40. NY ST DRM at RV City Univ Cons | | None | K | T | | | | | |
| 41. NY ST Pwr Auth Rev Gen Purp R GTD | | None | K | T | | | | | |
| 42. Mutual Fund - Municipal Inv Trust | | None | L | T | | | | | |
| 43. Mutual Fund - Muni Inv Accum Prog | | None | J | T | | | | | |
| 44. Mutual Fund - NUV NY Select | | None | M | T | | | | | |
| 45. U.S. T Bills | | None | N | T | | | | | |
| 46. FHLB | | None | J | T | | | | | |
| 47. CA ST GO | | None | K | T | | | | | |
| 48. FFCB | | None | L | T | | | | | |
| 49. FHLB | | None | K | T | redemption | 7/25 | K | | |
| 50. FHL Mtg Corp | | None | L | T | | | | | |
| 51. FHLB Cons | | None | L | T | redemption | 10/7 | | | |
| 52. Fed Hm Ln Bank Cons | | None | M | T | redemption | 9/24 | | | |
| 53. Financing Corp CPN | | None | K | T | | | | | |
| 54. Fed Natl Mtg Assn | | None | M | T | redemption | 11/17 | | | |

1. Income/Gain Codes:     A =$1,000 or less;     B =$1,001-$2,500;     C =$2,501-$5,000;     D =$5,001-$15,000;     E =$15,001-$50,000;
   (See Columns B1 and D4)     F =$50,001-$100,000;     G =$100,001-$1,000,000;     H1 =$1,000,001-$5,000,000;     H2 =More than $5,000,000
2. Value Codes:     J =$15,000 or less;     K =$15,001-$50,000;     L =$50,001-$100,000;     M =$100,001-$250,000;
   (See Columns C1 and D3)     N =$250,000-$500,000;     O =$500,001-$1,000,000;     P1 =$1,000,001-$5,000,000;     P2 =$5,000,001-$25,000,000;
   P3 =$25,000,001-$50,000,000;     P4 =More than $50,000,000;
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash/Market
   (See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V | 6/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. FHL Mtg Corp | | None | M | T | | | | | |
| 56. Alameda Cnty CA Water | | None | K | T | | | | | |
| 57. University PR | | None | J | T | redemption | 6/2 | J | | |
| 58. San Bruno Pk CA Schl Dist | | None | J | T | | | | | |
| 59. San Jose CA Multi Fam Hsg | | None | J | T | | | | | |
| 60. Peralta CA Cnty College | | None | K | T | | | | | |
| 61. Peralta CA Cnnty College | | None | K | T | redemption | 8/1 | K | | |
| 62. San Francisco CA C & Cnty | | None | J | T | redemption | 5/1 | J | | |
| 63. East Bay CA Regl Pk | | None | K | T | redemption | 9/2 | K | | |
| 64. Palm Springs CA CTFS | | None | J | T | | | | | |
| 65. Kern Cnty CA CTFS | | None | K | T | redemption | 8/11 | K | | |
| 66. FHLB | | None | N | T | | | | | - |
| 67. CA ST GO | | None | N | T | | | | | |
| 68. FHLB | | None | M | T | buy | 3/6 | | | |
| 69. FHLB | | None | M | T | redemption | 6/6 | M | | |
| 70. CA GO | | None | K | T | buy | 8/6 | | | |
| 71. FHLB | | None | K | T | buy | 8/21 | | | |
| 72. FHLB | | None | L | T | buy | 10/17 | | | |

1. Income/Gain Codes: A =$1,000 or less B =$1,001-$2,500 C =$2,501-$5,000 D =$5,001-$15,000 E =$15,001-$50,000
(See Columns B1 and D4) F =$50,001-$100,000 G =$100,001-$1,000,000 H1 =$1,000,001-$5,000,000 H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less K =$15,001-$50,000 L =$50,001-$100,000 M =$100,001-$250,000
(See Columns C1 and D3) N =$250,000-$500,000 O =$500,001-$1,000,000 P1 =$1,000,001-$5,000,000 P2 =$5,000,001-$25,000,000
P3 =$25,000,001-$50,000,000 P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal R =Cost (Real Estate Only) S =Assessment T =Cash/Market
(See Column C2) U =Book Value V =Other W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V | 6/15/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Fresno CA | | None | K | T | buy | 1/16 | | | |
| 74. Orange Co CA | | None | L | T | buy | 7/1 | | | |
| 75. San Diego Cnty | | None | K | T | buy | 4/16 | | | |
| 76. San Diego Cnty | | None | K | T | buy | 6/26 | | | |
| 77. FHL Mtg Corp | | None | K | T | buy | 1/16 | | | |
| 78. Fed Hm Loan Mtg Corp NTS | | None | J | T | buy | 4/9 | | | |
| 79. Fed Hm Ln Mtg Corp | | None | L | T | buy | 10/3 | | | |
| 80. U.S. Treas Notes | | None | M | T | buy | 11/19 | | | |
| 81. Fed Hm Ln Bank Cons | | None | M | T | buy | 9/22 | | | |
| 82. | | | | | | | | | |

1. Income/Gain Codes       A = $1,000 or less       B = $1,001-$2,500       C = $2,501-$5,000       D = $5,001-$15,000       E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000     G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes            J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,001-$500,000    O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                            P3 = $25,000,001-$50,000,000                        P4 = More than $50,000,000
3. Value Method Codes      Q = Appraisal           R = Cost (Real Estate Only)   S = Assessment       T = Cash/Market
   (See Column C2)          U = Book Value          V = Other                W = Estimated

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____                    Date____6/17/04____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544